IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lopez, Rafael S

Printed: 03/24/09

Case Number: 07 B 21410
Judge: Wedoff, Eugene R
Filed: 11/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  October 30, 2008
Confirmed: January 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,481.00 |  |
| Secured: |  | 1,440.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 642.59 |
| Administrative: |  | 2,335.00 |
| Trustee Fee: |  | 279.53 |
| Other Funds: |  | 783.00 |
| Totals: | 5,481.00 | 5,481.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 2,335.00 | 2,335.00 |
| 2. | Santander Consumer USA | Secured | 6,868.21 | 1,440.88 |
| 3. | Treasurer Of Virginia | Priority | 7,751.62 | 642.59 |
| 4. | Asset Acceptance | Unsecured | 72.08 | 0.00 |
| 5. | Santander Consumer USA | Unsecured | 15.62 | 0.00 |
| 6. | Capital One | Unsecured | 303.45 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 25.38 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 913.78 | 0.00 |
| 9. | Fidelity Information Corp. | Unsecured | 189.29 | 0.00 |
| 10. | New Jersey Office Of Child Support | Priority |  | No Claim Filed |
| 11. | Citibank | Unsecured |  | No Claim Filed |
| 12. | Credit Company Of America | Unsecured |  | No Claim Filed |
| 13. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| | | | $ 18,474.43 | $ 4,418.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 126.84 |
| 6.5% | 152.69 |
|  | $ 279.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lopez, Rafael S | Case Number: 07 B 21410 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 11/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*[signature]*